11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

Anthony L. Martin

Appellant

Vs.                   No. 11-02-00133-CV B Appeal from Dallas County

Kathleen Vaughan

Appellee

 

Appellant has failed to comply with this
court=s November 15, 2002, order directing him to
file the appellate record on or before December 20, 2002.  Therefore, the appeal is dismissed for want
of prosecution.  TEX.R.APP.P. 37.3(b)
& (c).

 

PER CURIAM

 

January 23, 2003

Panel consists of: Arnot, C.J., and 

Wright, J., and McCall, J.